## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No: | 19-04229 |
| **Fredrick Scollay** | ) | | |
| **Carolyn Ruth Fischer** | ) | Chapter: | Chapter 13 |
| Debtors, | ) | | |
| | ) | Judge: | A. Benjamin Goldgar |

### NOTICE OF MOTION

**To:**   Fredrick & Carolyn Scollay, 22925 W Lakeview Ave., Antioch, IL 60002

Glenn Stearns, 801 Warrenville Rd., Ste 650, Lisle, IL 60532

Ocwen Loan Servicing, c/o Codilis & Associates P.C., 15W030 N. Frontage Road, Suite 100, Burr Ridge, IL 60527

Ocwen Loan Servicing, ATTN: Bankruptcy Department, P.O. Box 24065, West Palm Beach, FL 33416

Illinois Corporation Service C, Registered Agent of Ocwen Loan Servicing, 801 Adlai Stevenson Drive, Springfield, IL 62703 (certified mail)

Illinois Corporation Service C, Registered Agent of PHH Mortgage Corporation, 801 Adlai Stevenson Drive, Springfield, IL 62703 (certified mail)

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on the **September 20, 2019 at 9:30 a.m.**, I shall appear before the Honorable Judge A. Benjamin Goldgar in Park City Branch Court, 301 S. Greenleaf St., Courtroom B, Park City, IL and then and there present the attached **MOTION TO AUTHORIZE LOAN MODIFICATION**, a copy of which is attached hereto.

By: */s/ Megan Dawn Hayes*
Megan Dawn Hayes

Accelerated Rehabilitation Centers
3047 Momentum Place
Chicago IL 60689

Advocate Medical Group
PO Box 92523
Chicago IL 60675

Americollect INC
Attn: Bankruptcy Dept.
Po Box 1566
Manitowoc WI 54221

Anesthesia Consultants LTD
34121 Eagle Way
Chicago IL 60678

APP of Illinois HM, PLLC
PO Box 4458 Dept 195
Houston TX 77210

Capital ONE BANK USA N
Attn: Bankruptcy Dept.
15000 Capital One Dr
Richmond VA 23238

CBE Group
Attn: Bankruptcy Dept.
1309 Technology Pkwy
Cedar Falls IA 50613

Certified Services INC
Attn: Bankruptcy Dept.
1300 N Skokie Hwy Ste 10
Gurnee IL 60031

Certified Services Inc
C/o lake County Health Department
PO Box 177
Waukegan IL 60079

Certified Services, Inc.
C/o Global Medical Imaging
PO Box 177
Waukegan IL 60085

Certified Services, Inc.
C/o Lakeland Septic
PO Box 177
Waukegan IL 60085

Churchill Quinn Richtman & Hamilton
Bankruptcy Dept.
Two South Whitney
Grayslake IL 60030

Citibank
C/O First National Collection Bureau
610 Waltham Way
Lockwood NV 89434

LVNV Funding
Bankruptcy Dept.
PO Box 10497
Greenville SC 29603

College of Lake County
C/o Armor Systems Corp.
1700 Kiefer Dr. Suite 1
Zion IL 60099

Commonwealth Financial
Attn: Bankruptcy Dept.
245 Main St
Dickson City PA 18519

Comprehensive Orthopaedics SC
7401 104th Ste 110
Kenosha WI 53142

Credit Business Servic
Attn: Bankruptcy Dept.
711 Eglin Pkwy Ne
Fort Walton Beach FL 32547

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta GA 30374

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen TX 75013

First Fire Prot Dist of Antioch
Po Box 6253
Carol Stream IL 60197

Geico
One Geico plaza
Bethesda MD 20810

Greenleaf Orthopaedic Associates SC
7101 Solcution Center
Chicago IL 60677

Harris & Harris, LTD
C/o Illinois Tollway
111 W Jackson Blvd
Suite 400
Chicago IL 60604

Homeward Residential
Attn: Bankruptcy Dept.
1525 S Belt Line Rd
Coppell TX 75019

Illinois Bone and Joint Institute
5057 Paysphere Circle
Chicago IL 60674

Illinois State Toll Hwy Auth
Attn: Legal Dept - Bob Lane
2700 Ogden Ave.
Downers Grove IL 60515-1703

Infintity Healthcare Physicians SC
PO Box 078894
Milwaukee WI 53278

Integrated Spione Care SC
601 N 99th St, Ste 101
Wauwatosa WI 53226

Kenosha Pathology Consultants
PO Box 130
Kenosha WI 53141

Law office of John C. Dax, P.C.
J. Davila And Associates
Llc/09SC10982
1100 E. Washington St. STE 201
Grayslake IL 60030

Lake County Clerk
09SC10982
18 N. County St. Rm 101
Waukegan IL 60085

Law office of John C. Dax, P.C.
09SC10982
1100 E. Washington St. STE 201
Grayslake IL 60030

Lindenhurst Surgery Center
1050 Red Oak Ln
Lindenhurst IL 60046

Linebarger Goggan Blair & Sampson, LLP
C/o City of Waukegan
PO Box 06357
Chicago IL 60606

Medical Payment DATA
Bankruptcy Dept.
PO Box 94498
Las Vegas NV 89193

Merchants Credit Guide
Attn: Bankruptcy Dept.
223 W Jackson Blvd Ste 7
Chicago IL 60606

Midwest Orthopedic Specialty Hospital
PO Box 1650
Milwaukee WI 53201

Milwaukee Radiologists
C/o OAC
PO Box 500
Baraboo WI 53913

Northwestern Lake Forest Hospital
C/o Malcom S Gerald and Associates
332 South Michigan Avenue Suite 600
Chicago IL 60604

OCWEN
Attn: Bankruptcy Dept.
Po Box 24646
West Palm Beach FL 33416

Pats Services, Inc
38331 60th St.
Burlington WI 53105

Prarieshore Pain Center
185 Milwaukee Ave Suite 230
Lincolnshire IL 60069

Robert's Restorations, Inc.
Bankruptcy Dept.
1600 N Milwaukee Ave., #605
Lake Villa IL 60046

Lake County Clerk
18SC6188
18 N. County St. Rm 101
Waukegan IL 60085

Mark Van Donselaar
18SC6188
2 S. Whitney
Grayslake IL 60030

State Collection Servi
Attn: Bankruptcy Dept.
2509 S Stoughton Rd
Madison WI 53716

Superior Air Ground Amb Serv
Po Box 1407
Elmhurst IL 60126

Transunion
Attn: Bankruptcy Dept.
PO Box 1000
Chester PA 19022

UHS Physician Clinic
PO Box 130
Kenosha WI 53141

United Hospital System
Bankruptcy Dept.
6308 8th Ave.
Kenosha WI 53143

United Hospital System
Billing Department
6308 Eighth Awve
Kenosha WI 53143

Vireo Emergency Physicians
Po Box 38031
Philadelphia PA 19101

Vista Imaging Associates
PO Box 8453
Carol Stream IL 60197

Vista Medical Center East
C/o Credit Control, LLC
5757 PHantom Dr. Ste 330
Hazelwood MO 63042

Vista Medical Center East
C/o Professional Account Services
Inc.
PO Box 188 Brentwood
Brentwood TN 37024

Vista Medical Center East
PO Box 504316
Saint Louis MO 63150

W.D. Blake and Sons, Inc.
Bankruptcy Dept.
42460 N. Highway 45
Antioch IL 60002

Wakefield & Associates
Attn: Bankruptcy Dept.
10800 E Bethany Drsuite
Aurora CO 80014

Wheaton Franciscan Med. Group
Bankruptcy Department
PO Box 68-9711
Milwaukee WI 53268

**CERTIFICATE OF SERVICE**

I, Megan Dawn Hayes, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on September 4, 2019.

                                            **By:**  */s/ Megan Dawn Hayes*
                                                    Megan Dawn Hayes

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | Case No:    19-04229 |
| **Fredrick Scollay** ) | |
| **Carolyn Ruth Fischer** ) | Chapter:    Chapter 13 |
| **Debtors,** ) | |
| ) | Judge:      A. Benjamin Goldgar |

## MOTION TO AUTHORIZE LOAN MODIFICATION

NOW COME the Debtors, Mr. & Mrs. Fredrick Scollay (the "Debtors"), by and through their attorneys, Geraci Law LLC, to present their **MOTION TO AUTHORIZE LOAN MODIFICATION,** and state as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtors filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 02/18/2019.

3. This court has not yet confirmed the Chapter 13 plan. Confirmation is scheduled for 9/20/2019.

4. The Debtors seek to modify the mortgage against their property located at 22925 W Lakeview Ave, Antioch, IL.

5. The currently payment is $1,328.80 per month at a fixed interest rate of 4.625%, with a principal balance of $129,790.

6. Under the proposed loan modification, Debtor's monthly payment would be $1095.39 at a fixed interest rate of 4.5%, with a principal balance of $131,524. See attached Exhibit A for a copy of the loan modification.

WHEREFORE, the Debtors, Mr. & Mrs. Fredrick Scollay pray that this Court enter an order authorizing the Debtors to modify their mortgage for the property located at 22925 W Lakeview Ave,

Antioch, IL and for such further additional relief that this Court may deem just and proper.

                                             ***/s/ Megan Dawn Hayes***
                                                     Megan Dawn Hayes

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   877.247.1960