UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Fredrick A. Scollay and<br>Carolyn R. Fischer<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-04229<br><br>Chapter: 13<br><br>Honorable A. Benjamin Goldgar<br><br>Lake County |

## ORDER DENYING AS UNNECESSARY
## MOTION TO AUTHORIZE LOAN MODIFICATION

THIS MATTER coming to be heard on Debtors' Motion to Authorize Loan Modification for the property located at 22925 W. Lakeview Ave., Antioch, IL, this Court having jurisdiction, with due notice having been given to all parties in interest, for the reasons stated on the record in open court, IT IS HEREBY ORDERED AS FOLLOWS:

1. The motion is denied as unnecessary.
2. Court approval is not required.

Enter:

Dated: **2 0 SEP 2019**

United States Bankruptcy Judge

**Prepared by:**
Megan D. Hayes
Geraci Law L.L.C
55 East Monroe Street, #3400
Chicago, IL 60603
Ph: 312.332.1800
Fax: 877.247.1960

Rev: 20120209_bko