## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | |
| | Case No.: 19-04229 |
| Fredrick Allen Scollay | |
| Carolyn Ruth Fischer | Chapter: 13 |
| *aka* Carolyn Scollay | |
| Debtors | Judge A. Benjamin Goldgar |

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR RELIEF FROM AUTOMATIC STAY

I, __Marilyn Solivan__, declare under penalty of perjury as follows:

1. I am employed as a __Contract Management Coordinator__ of PHH Mortgage Corporation and am authorized to sign this affidavit on behalf of PHH Mortgage Corporation as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R6 (the "Movant"). This affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. I make this affirmation based upon my review of the records with regards to this underlying loan transaction, which are kept in the ordinary course of business of PHH Mortgage Corporation. As part of my job responsibilities for PHH Mortgage Corporation, I have personal knowledge of and am familiar with the types of records maintained by PHH Mortgage Corporation in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of PHH Mortgage Corporation that pertain to the Loan and extensions of credit given to Debtors concerning the property securing such Loan.

3. The information in this affidavit is taken from PHH Mortgage Corporation's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of PHH Mortgage

Corporation's regularly conducted business activities; and (c) it is the regular practice of PHH Mortgage Corporation to make such records.

4. The Debtors *aka* Frederick Scollay and *aka* Carolyn R. Scollay have executed and delivered or are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). The Debtors *aka* Frederick Scollay and *aka* Carolyn R. Scollay have executed and delivered or are otherwise obligated with respect to that certain mortgage referenced in the Motion (the "mortgage"). Pursuant to that certain mortgage referenced in the Motion (the "mortgage"), all obligations of the Debtors under and with respect to the Note and the mortgage are secured by the property referenced in the Motion.

5. As of 01/27/2020, there are one or more defaults in paying Debtors post-petition amounts due with respect to the Note.

6. As of 01/27/2020, the unpaid principal balance of the Note is $131,177.81.

7. The monthly post-petition payment amount is $1,098.17. The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by the Debtors as of 01/27/2020:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 4 | 9/1/2019 | 12/1/2019 | $608.21 | $487.18 | $1,095.39 | $4,381.56 |
| 1 | 1/1/2020 | 1/1/2020 | $608.21 | $489.96 | $1,098.17 | $1,098.17 |
| Less post-petition partial payments (suspense balance): | | | | | | $95.95 |

Total: **$5,383.78**

8. As of 01/27/2020 the total post-petition arrearage/delinquency is $5,783.78, consisting of (i) the foregoing total of missed post-petition payments in the amount of $5,383.78 plus (ii) the following post-petition fees:

| Description | Amount |
|---|---|
| POC Pay History Preparation | $250.00 |
| Post-Petition Fee Notice | $150.00 |

9. Attached hereto as Exhibit A is a post-petition payment history.

10. As of 01/27/2020, the debtors are in default for failure to make timely post-petition payments in the amount of $5,383.78.

11. The pre-petition arrearage is $0.00 pursuant to the amended Proof of Claim filed by Movant. As of the date of this affidavit, the Chapter 13 plan has been confirmed.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _06_ day of _March_, _2020_.

Signature: _____
Name: Marilyn Solivan
Title: Contract Management Coordinator

PHH Mortgage Corporation as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R6

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this _6th_ day of _March_ 2020, by _Marilyn Solivan_ as _Contract Management Coordinator_ for PHH Mortgage Corporation as Servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R6 who is _personally known_ to me or who has produced _____ as identification.

Signature of Notary Public
Name of Notary Public: Daniel Jean - Baptiste
Notary Commission Expiration Date: _____
Personally known: _✓_
Or Produced Identification: ___
Type of Identification Produced: ___

Notary Public State of Florida
Daniel Jean-Baptiste
My Commission GG 119284
Expires 06/27/2021

14-19-01819



MORTGAGE

PHH Mortgage Services
1 Mortgage Way
Mt. Laurel NJ 08054

Tel·877-688-7116'
Fax·856-917-8003'

## **IMPORTANT NOTICE**

Upon written request, PHH Mortgage Services will provide the following information regarding the subject loan:

- A copy of the payment history through the date the account was last less than 60 days past due.

- A copy of the note.

- If foreclosure has been commenced or a POC has been filed, copies of any assignments of mortgage or deed of trust required to demonstrate the right to foreclose on the borrower's note under applicable state laws.

- The name of the investor that holds the loan.

Requests for this information/documentation can be sent to us at the following address:

PHH Mortgage Services
Mailstop SBRP
PO Box 5469
Mt. Laurel, NJ 08054

This notice is being provided for informational and compliance purposes only. It is not an attempt to collect a debt.