## EXHIBIT A

| Name: | Fredrick Allen Scollay | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 19-04229 | Modification date | 10/1/2019 | | | |
| Filing Date: | 2/18/2019 | Mod eff date | 6/1/2019 | | | |
| Post First Due: | 3/1/2019 | | | | Completed By: | Ankith |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| LOAN MODIFICATION ENTERED - FIRST PAYMENT DUE 6/1/2019 | | | | | | |
| 6/1/2019 | 9/30/2019 | $ 3,297.43 | $ 1,067.16 | $ 2,230.27 | $ 2,230.27 | Mod suspense |
| 7/1/2019 | 9/30/2019 | | $ 1,067.16 | $ (1,067.16) | $ 1,163.11 | |
| 8/1/2019 | 9/30/2019 | | $ 1,067.16 | $ (1,067.16) | $ 95.95 | |

| LOAN IS POST-PETITION DUE FOR 9/1/2019 | | | | | |
|---|---|---|---|---|---|
| Due Date | Total Payment | P&I | Escrow | Optional Products | NOPC Filed Date |
| 9/1/2019 | $ 1,095.39 | $ 608.21 | $ 487.18 | $ - | |
| 10/1/2019 | $ 1,095.39 | $ 608.21 | $ 487.18 | $ - | |
| 11/1/2019 | $ 1,095.39 | $ 608.21 | $ 487.18 | $ - | |
| 12/1/2019 | $ 1,095.39 | $ 608.21 | $ 487.18 | $ - | |
| 1/1/2020 | $ 1,098.17 | $ 608.21 | $ 489.96 | $ - | 11/20/2019 |
| **Total Due** | **$ 5,479.73** | **$ 3,041.05** | **$ 2,438.68** | **$ -** | |