**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                          Case No. 19-04229

      Fredrick A Scollay
      Carolyn R Fischer
          Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 02/18/2019.

2)  The plan was confirmed on 10/25/2019.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 04/15/2020, 01/28/2021.

5)  The case was dismissed on 03/12/2021.

6)  Number of months from filing to last payment: 20.

7)  Number of months case was pending: 27.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $41,200.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $5,700.00 | |
| Less amount refunded to debtor | $37.05 | |
| **NET RECEIPTS:** | | **$5,662.95** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,700.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $345.30 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,045.30** |

Attorney fees paid and disclosed by debtor:     $300.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA | Unsecured | 210.00 | 250.47 | 250.47 | 17.24 | 0.00 |
| FROEDTERT SOUTH INC | Unsecured | 1,032.00 | 3,022.05 | 3,022.05 | 318.45 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 509.00 | 6,735.50 | 6,735.50 | 709.75 | 0.00 |
| LVNV FUNDING | Unsecured | 952.60 | 791.14 | 791.14 | 83.36 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 639.16 | 639.16 | 67.35 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERTS RESTORATIONS INC | Unsecured | 4,000.00 | 4,000.00 | 4,000.00 | 421.50 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 45.74 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA CONSULTANTS LTD | Unsecured | 62.36 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 1,288.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVIES INC | Unsecured | 1,823.00 | NA | NA | 0.00 | 0.00 |
| CHURCHILL QUINN RICHTMAN AND | Unsecured | 4,601.00 | NA | NA | 0.00 | 0.00 |
| COLLEGE OF LAKE COUNTY | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL | Unsecured | 948.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE ORTHOPAEDICS S( | Unsecured | 121.65 | NA | NA | 0.00 | 0.00 |
| CREDIT BUSINESS SVC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| FIRST FIRE PROT DIST OF ANTIOCH | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 16.24 | NA | NA | 0.00 | 0.00 |
| GREENLEAF ORTHOPAEDIC ASSOC | Unsecured | 195.25 | NA | NA | 0.00 | 0.00 |
| HARRIS AND HARRIS LTD | Unsecured | 709.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BONE AND JOINT INSTITUT | Unsecured | 387.89 | NA | NA | 0.00 | 0.00 |
| INFINTITY HEALTHCARE PHYSICIAN | Unsecured | 51.28 | NA | NA | 0.00 | 0.00 |
| INTEGRATED SPINE CARE | Unsecured | 13.94 | NA | NA | 0.00 | 0.00 |
| KENOSHA PATHOLOGY CONSULTAN' | Unsecured | 15.08 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAW OFFICE OF JOHN C DAX PC | Unsecured | 1,809.42 | NA | NA | 0.00 | 0.00 |
| LINDENHURST SURGERY CENTER | Unsecured | 248.38 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR AND S | Unsecured | 83.83 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAYMENT DATA | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPEDIC SPECIALTY I | Unsecured | 1,288.00 | NA | NA | 0.00 | 0.00 |
| MILWAUKEE RADIOLOGISTS | Unsecured | 10.85 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 850.71 | NA | NA | 0.00 | 0.00 |
| PATS SERVICES INC | Unsecured | 190.60 | NA | NA | 0.00 | 0.00 |
| PRARIESHORE PAIN CENTER | Unsecured | 172.05 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND | Unsecured | 173.99 | NA | NA | 0.00 | 0.00 |
| WHEATON FRANCISCAN MED GROU | Unsecured | 46.01 | NA | NA | 0.00 | 0.00 |
| ACCELERATED REHABILITATION CT | Unsecured | 83.30 | NA | NA | 0.00 | 0.00 |
| VIREO EMERGENCY PHYSICIANS | Unsecured | 50.86 | NA | NA | 0.00 | 0.00 |
| VISTA IMAGING ASSOC | Unsecured | 7.87 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CTR EAST | Unsecured | 166.97 | NA | NA | 0.00 | 0.00 |
| U H S PHYSICIANS CLINIC | Unsecured | 15.60 | 93.02 | 93.02 | 0.00 | 0.00 |
| WAKEFIELD & ASSOC INC | Unsecured | 126.83 | 132.70 | 132.70 | 0.00 | 0.00 |
| WAKEFIELD & ASSOC INC | Unsecured | 111.00 | 39.00 | 39.00 | 0.00 | 0.00 |
| WAKEFIELD & ASSOC INC | Unsecured | 122.00 | 13.30 | 13.30 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$15,716.34** | **$1,617.65** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,045.30 |
| Disbursements to Creditors | $1,617.65 |
| **TOTAL DISBURSEMENTS** : | **$5,662.95** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/03/2021                    By: /s/ Glenn Stearns

                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**